IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIP TRUJILLO, | | No. CIV S-08-2677-CMK-P |
| Petitioner, | | |
| vs. | | ORDER |
| MIKE KNOWLES, | | |
| Respondent. | | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 15) to file objections to the court's February 13, 2009, findings and recommendations. Good cause appearing therefor, the request is granted. The parties may file objections within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: March 3, 2009

　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE